IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>    Plaintiff,<br><br>vs.<br><br>Town of Quartzsite; Jeffrey Gilbert and Sondra Gilbert, Husband and Wife; Officer Rick Paterson, #43; Officer Xavier Frausto, #15; and Terry Frausto, Husband and Wife; and Denise Ann Florian,<br><br>    Defendants. | No. CV-12-2629-PHX-LOA<br><br>**ORDER** |

Due to a conflict in the Court's calendar, the Rule 16 Scheduling Conference scheduled set for Friday, June 28, 2013 at 3:00 p.m. will be reset. Court staff called *pro se* Plaintiff Jennifer Jones, leaving a voice message, and defense counsel Lisa Wahlin, who advised staff that Plaintiff informed her Plaintiff had retained counsel. Knowing Plaintiff was now represented by counsel, defense counsel has since then dealt directly with Plaintiff's out-of-state counsel, Elmer Stewart Rhodes, a Montana attorney, who is not admitted to the State Bar of Arizona or admitted to practice in the District Court of Arizona.[1]

The parties' Joint Case Management Report, doc. 27, was signed by Elmer Stewart Rhodes and Lisa S. Wahlin. Until the filing of the Joint Case Management Report, Mr.

---

[1] Attorney Rhodes represents others *pro hac vice* in this District Court, all suits against the Town of Quartzsite. *See* CV-12-1268-PHX-SLG; CV-12-1383-PHX-JAT; and CV-12-2698-PHX-SLG.

Rhodes made no formal appearance in this case and has not filed an Application of Attorney for Admission to Practice *Pro Hac Vice* in this case.

Due to the conflict in the Court's calendar and in order to allow sufficient time for out-of-state counsel to make his formal appearance and file the appropriate Application for Admission to Practice *Pro Hac Vice*,

**IT IS ORDERED resetting** the Rule 16(b)(2) Scheduling Conference from Friday, June 28, 2013 to **Wednesday, July 10, 2013 at 1:30 p.m.** in Suite 322, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

**IT IS FURTHER ORDERED** that attorney Elmer Stewart Rhodes must file a formal Notice of Appearance and Application for Admission to Practice *Pro Hac Vice* on or before **Monday, July 8, 2013**. The undersigned's staff is directed to e-mail a copy of this order to Attorney Rhodes at: rhodeslegalwriting@gmail.com.

**IT IS FURTHER ORDERED** that, if Attorney Rhodes does not comply with this Order, Plaintiff's *pro se* status remains and Plaintiff Jennifer Jones will be required to appear on her own behalf for the July 10, 2013 Scheduling Conference to represent herself.

**IT IS FURTHER ORDERED** the parties need not file another Joint Case Management Report. If either side desires a court reporter be present, he or she shall notify chambers by calling (602) 322-7620 no later than **Monday, July 8, 2013**.

Dated this 3rd day of July, 2013.

Lawrence O. Anderson
United States Magistrate Judge