Elmer Stewart Rhodes, Pro Hac Vice Applicant,
Montanan Bar No. 8128
**LAW OFFICE OF ELMER STEWART RHODES**
432 E. Idaho St., Suite C-231
Kalispell, Montana 59901
Tel: (406) 882-4242
Fax: (406) 755-8335
Email: rhodeslegalwriting@gmail.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones, <br><br> Plaintiff, <br><br> vs. <br><br> Town of Quartzsite; Jeffrey Gilbert and Sondra Gilbert, Husband and Wife; Officer Rick Paterson, #43; Officer Xavier Frausto, #15, and Terry Frausto, Husband and Wife; Denise Ann Florian; Individual Does I-X, <br><br> Defendants. | No. 2:12-CV-02629-PHX-LOA <br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given that Elmer Stewart Rhodes appears as attorney of record on behalf of Plaintiff, Jennifer Marie Jones. An application for admission pro hac vice is pending, having been filed electronically on July 18, 2013. Attached to that application was a Certificate of Good Standing from the United States District Court for the District of Montana, dated July 16, 2013. The $50.00 fee for applying for admission pro hac vice has been paid to the Clerk of the Court.

Though that application is still pending, attorney Elmer Stewart Rhodes filed this Notice of Appearance as soon as possible after the application for admission was filed to comply with this Court's orders as promptly as possible thereafter.

RESPECTFULLY SUBMITTED this 18th day of July, 2013.

By /s/Elmer Stewart Rhodes
Elmer Stewart Rhodes
432 E. Idaho St., Suite C-231
Kalispell, Montanan 59901
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, Attorney for Defendants


By /s/Elmer Stewart Rhodes