Elmer Stewart Rhodes, Pro Hac Vice, Montanan Bar No. 8128
**LAW OFFICE OF ELMER STEWART RHODES**
432 E. Idaho St., Suite C-231
Kalispell, Montana 59901
Tel: (406) 882-4242
Fax: (406) 755-8335
Email: rhodeslegalwriting@gmail.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Jennifer Marie Jones, | NO. CV-12-2629-PHX-LOA |
|---|---|
| Plaintiff, | |
| v. | Motion Requesting Telephonic Appearance by Plaintiff's Counsel at Rule 16 Scheduling Conference Set For Tuesday, September 3, 2013 at 2:00 pm |
| Town of Quartzsite; Jeffrey Gilbert and Sondra Gilbert, husband and wife; Officer Rick Paterson, #43; Officer Xavier Frausto, #15, and Terry Frausto, husband and wife; Denise Ann Florian; Individual Does I-X, | (First Request) |
| Defendants. | |

Plaintiff hereby moves the Court to allow Plaintiff's counsel, Elmer Stewart Rhodes, to appear telephonically at the Rule 16 Scheduling Conference set for Tuesday, September 3, 2013, at 2:00pm. The reason for this motion is that Attorney for Plaintiff, Elmer Rhodes, resides in Montana and while he had hoped to be in Arizona during the first week of September for depositions in other cases, those depositions will not be taking place until a later date and thus Mr. Rhodes would prefer to appear telephonically for this Rule 16 Scheduling Conference if the Court will allow it.

RESPECTFULLY SUBMITTED this 30th day of August, 2013.

By /s/Elmer Stewart Rhodes
Elmer Stewart Rhodes
432 E. Idaho St., Suite C-231
Kalispell, Montanan 59901
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, State Bar No. 013979


By /s/Elmer Stewart Rhodes