Elmer Stewart Rhodes, Pro Hac Vice, Montanan Bar No. 8128
**LAW OFFICE OF ELMER STEWART RHODES**
432 E. Idaho St., Suite C-231
Kalispell, Montana 59901
Tel: (406) 882-4242
Fax: (406) 755-8335
Email: rhodeslegalwriting@gmail.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>Plaintiffs,<br><br>vs.<br><br>Town of Quartzsite; Jeffrey Gilbert and Sondra Gilbert, Husband and Wife; Officer Rick Paterson, #43; Officer Xavier Frausto, #15, and Terry Frausto, Husband and Wife; Denise Ann Florian; Individual Does I-X,<br><br>Defendants. | No. CV-12-02629-PHX-LOA<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that on this date, Plaintiff served on Defendants the following:

1. Plaintiff's Rule 26(a) Initial Disclosure Statement.

RESPECTFULLY SUBMITTED this 6th day of September, 2013.

By /s/Elmer Stewart Rhodes
Elmer Stewart Rhodes
432 E. Idaho St., Suite C-231
Kalispell, Montanan 59901
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, State Bar No. 013979
**RYLEY, CARLOCK & APPLEWHITE**
One N. Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel: (602) 440-4892
Fax: (602) 257-6992
Email: lwahlin@rcalaw.com
*Attorneys for Defendants*

By /s/Elmer Stewart Rhodes