**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582

Lisa S. Wahlin (Bar No. 013979)
lwahlin@rcalaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones, | Case No. 2:12-cv-2629-PHX-LOA |
| Plaintiff, | |
| v. | **MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |
| Town of Quartzsite; Jeffrey Gilbert and Sondra Gilbert, Husband and Wife; Officer Rick Paterson, #43; Officer Xavier Frausto, #15, and Terry Frausto, Husband and Wife; Denise Ann Florian; Individual Does I-X, | |
| Defendants. | |

Pursuant to Rule 41(b), Fed. R. Civ. P., Defendants Town of Quartzsite, Gilbert, Paterson, Frausto, and Florian move to dismiss Plaintiff's Complaint because Plaintiff has failed to prosecute her case, including failing respond to a dispositive motion and failing to appear for her deposition, which was rescheduled twice to accommodate her.

Rule 41(b), Fed. R. Civ. P., provides that a defendant may move for dismissal of an action when the plaintiff fails to comply with the rules or any order of court. Plaintiff has done both. Plaintiff filed her Complaint on December 10, 2012, and has since done little to pursue her claims. First, Plaintiff failed to comply with this Court's order requiring her to file a written election consenting to a magistrate judge or electing a district judge. (Docs. 3, 4). Next, Plaintiff failed to file proof of service of the Complaint, causing this Court to issue a second order to show cause. (Doc. 7). Because of Plaintiff's counsel's failure to file for *pro hac vice* admission, the Court issued yet another order to

1 show cause, and the scheduling conference was twice rescheduled. (Docs. 26, 29, 30, 35).

2     During the scheduling conference, the Court advised Plaintiff's counsel that the
3 Complaint did not state a claim, at least as to certain defendants and claims, and strongly
4 suggested to Plaintiff's counsel that he amend the Complaint to state a claim to avoid a
5 dismissal. The Court allowed Plaintiff's counsel to choose the deadline for amending the
6 Complaint. Plaintiff's counsel chose November 1, 2013 but Plaintiff never amended the
7 Complaint.

8     On October 2, 2013, after conferring with Plaintiff's counsel, Defendants noticed
9 Plaintiff's deposition for December 12, 2013. (Doc. 43). On December 10, counsel for
10 Defendants emailed Plaintiff's counsel to confirm that Plaintiff would be appearing for
11 her deposition.[1] *See* December 10, 2013 email exchange, attached as Exhibit 1. Plaintiff's
12 counsel indicated that he was planning to file a Motion to Withdraw and asked for the
13 deposition to be rescheduled. *See* Exhibit 1. That same day, Defendants filed an amended
14 notice of deposition, rescheduling Plaintiff's deposition for January 22, 2014. (Doc. 44).

15     On January 21, 2014, counsel for Defendants emailed Plaintiff's counsel, who still
16 had not filed a Motion to Withdraw, to confirm Plaintiff's deposition scheduled for the
17 next day. Plaintiff's counsel called Defendant's counsel, and then followed up with an
18 email, canceling the deposition because Plaintiff's car was in disrepair. *See* January 21,
19 2014 email exchange, attached as Exhibit 2. On January 22, 2014, Defendants filed a
20 notice rescheduling Plaintiff's deposition for March 3, 2014. (Doc. 47). Plaintiff failed to
21 appear for her deposition on March 3, 2014. *See* Affidavit of Non-Appearance, attached
22 as Ex. 3.

23     Additionally, Defendants filed a Motion for Judgment on the Pleadings on January
24 14, 2014. (Doc. 45). The Court issued an order giving Plaintiff until February 18, 2014 to
25 respond to the motion. (Doc. 46). Plaintiff failed to file a response.

26 

27 [1] Defendant's counsel contacted Plaintiff's counsel because she had other cases with
28 Plaintiff's counsel from which he was withdrawing as counsel, and suspected the
deposition might not go forward.

In sum, over the course of this case, Plaintiff has repeatedly ignored the rules and various court orders and has made virtually no effort to prosecute her case—from failing to amend a deficient complaint, to failing to respond to a dispositive motion, to failing to appear for a deposition that was twice rescheduled to accommodate her.

The Ninth Circuit has held that courts must weigh five factors in determining whether to dismiss a case pursuant to Rule 41(b): (1) the public interest in expeditious resolution of the litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the policy favoring disposition of cases on the merits; and (5) the availability of less drastic alternatives.[2] Here, the balance of these factors weighs in favor of dismissal.

The first and second factors—the public's interest in expeditious resolution of litigation and the court's need to manage its own docket—weigh in favor of dismissal. The public interest in expeditious resolution of litigation always favors dismissal.[3] The public interest is certainly not advanced where, as here, a plaintiff fails to respond to motions, fails to respond to court orders, and fails to engage in discovery. And with respect to the second factor, the Ninth Circuit has recognized that it must "preserve the district courts' power to manage their dockets without being subject to the endless vexatious non-compliance of litigants."[4] This case has been pending for 15 months and remains unresolved, largely because of Plaintiff's lack of participation.

The third factor also favors dismissal. "A defendant suffers prejudice if the plaintiff's actions impair the defendant's ability to go to trial or threaten to interfere with the rightful decision of the case."[5] Plaintiff's failure to respond to discovery, to motions, and to the Court's orders has caused delay, impacted Defendants' ability to adhere to

---

[2] *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).
[3] *Yourish v. Cal. Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999).
[4] *Id.* at 1261; *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962) (a court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and to avoid congestion in the district courts' calendars).
[5] *In re Phenylpropanolamine Products Liability Litig.*, 460 F.3d 1217, 1227 (9th Cir. 2006).

deadlines, and caused Defendants to incur additional costs and expenses defending this action.

The fourth factor weighs against dismissal, but only slightly. Generally the public policy favoring disposition of cases on their merits weighs strongly against dismissal.[6] But this factor "lends little support to a [plaintiff] whose responsibility it is to move a case toward disposition on the merits but whose conduct impedes progress in that direction."[7] Plaintiff has done little to move this case forward. And her failure to respond to Defendants' dispositive motion signals her disinterest in protecting her claims and moving them toward a resolution on the merits.

Although the Court could order sanctions or issue another order to show cause, the Court has already ordered issued several orders to show cause and still Plaintiff has been dilatory. It seems unlikely that Plaintiff will respond to any further orders.

Accordingly, Defendants ask this Court to dismiss Plaintiff's claims for failure to prosecute.

.DATED this 12th day of March, 2014.

**RYLEY CARLOCK & APPLEWHITE**

By  /s/ Lisa S. Wahlin
Lisa S. Wahlin
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
*Attorneys for Defendants*

---

[6] *Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998).
[7] *In re Phenylpropanolamine* at 1228.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Elmer Stewart Rhodes III
Law Office of Elmer Stewart Rhodes
432 E Idaho St., Ste. C231
Kalispell, MT 59901
*Attorney for Plaintiff*


/s/ Darlene Dahl_____

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Wahlin, Lisa S. |
| **Sent:** | Tuesday, December 10, 2013 9:29 AM |
| **To:** | rhodeslegalwriting@gmail.com |
| **Subject:** | Jones v. Town of Quartzsite, et al.;  deposition of Jennifer Jones |
| **Importance:** | High |

Stewart,

Are you withdrawing from Ms. Jones' case as well? Is her deposition going forward on Thursday? Please advise.

Thanks,
Lisa



**Lisa S. Wahlin**
**Of Counsel**
**Ryley Carlock & Applewhite**
One N. Central Avenue, Suite 1200, Phoenix, AZ 85004
Phone (602) 440-4892  |  Fax (602) 257-6992 | lwahlin@rcalaw.com

**View Bio  |  Download v-card  |  rcalaw.com**

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

| | |
|---|---|
| **From:** | rhodeslegalwriting@gmail.com |
| **Sent:** | Tuesday, December 10, 2013 9:33 AM |
| **To:** | Wahlin, Lisa S. |
| **Subject:** | Re: Jones v. Town of Quartzsite, et al.; deposition of Jennifer Jones |

Yes, I will be filing to withdraw from her case as well.   Can we reschedule her for the same day in January as Michael, or that same week?   If so, let me know what day you prefer for her.

Thanks,

Stewart

On Tue, Dec 10, 2013 at 9:29 AM, Wahlin, Lisa S. <LWahlin@rcalaw.com> wrote:

Stewart,

Are you withdrawing from Ms. Jones' case as well? Is her deposition going forward on Thursday? Please advise.

Thanks,

Lisa



**Lisa S. Wahlin**
**Of Counsel**
**Ryley Carlock & Applewhite**
One N. Central Avenue, Suite 1200, Phoenix, AZ  85004
Phone (602) 440-4892  |  Fax (602) 257-6992 | lwahlin@rcalaw.com

| View Bio | Download v-card | rcalaw.com |

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender

| | |
|---|---|
| **From:** | Wahlin, Lisa S. |
| **Sent:** | Tuesday, December 10, 2013 9:38 AM |
| **To:** | rhodeslegalwriting@gmail.com |
| **Cc:** | Maul, Michele A. |
| **Subject:** | RE: Jones v. Town of Quartzsite, et al.; deposition of Jennifer Jones |

Yes. If they could do them on back to back days, as we have them scheduled for now, that would be great. So one of them on 1/22 and the other on 1/23.

Thanks,
Lisa

**RYLEY CARLOCK**
& A P P L E W H I T E *Attorneys*

**Lisa S. Wahlin**

*Of Counsel*

602-440-4892

> **From:** rhodeslegalwriting@gmail.com [mailto:rhodeslegalwriting@gmail.com]
> **Sent:** Tuesday, December 10, 2013 9:33 AM
> **To:** Wahlin, Lisa S.
> **Subject:** Re: Jones v. Town of Quartzsite, et al.; deposition of Jennifer Jones
>
> Yes, I will be filing to withdraw from her case as well. Can we reschedule her for the same day in January as Michael, or that same week? If so, let me know what day you prefer for her.
>
> Thanks,
>
> Stewart
>
>
>
> On Tue, Dec 10, 2013 at 9:29 AM, Wahlin, Lisa S. <LWahlin@rcalaw.com> wrote:
>
> Stewart,
>
>
>
> Are you withdrawing from Ms. Jones' case as well? Is her deposition going forward on Thursday? Please advise.
>
>
>
> Thanks,
>
> Lisa



**Lisa S. Wahlin**
**Of Counsel**
**Ryley Carlock & Applewhite**
One N. Central Avenue, Suite 1200, Phoenix, AZ 85004
Phone (602) 440-4892 | Fax (602) 257-6992 | lwahlin@rcalaw.com

| View Bio | Download v-card | rcalaw.com |

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

--
Stewart Rhodes
President and Founder of
Oath Keepers
(702) 353-0627

| | |
|---|---|
| **From:** | rhodeslegalwriting@gmail.com |
| **Sent:** | Tuesday, December 10, 2013 9:40 AM |
| **To:** | Wahlin, Lisa S. |
| **Subject:** | Re: Jones v. Town of Quartzsite, et al.; deposition of Jennifer Jones |

Will do.  Whatever date Mr. Roth picks, you can schedule Mrs. Jones for the other.

Thank you,

Stewart

On Tue, Dec 10, 2013 at 9:38 AM, Wahlin, Lisa S. <<u>LWahlin@rcalaw.com</u>> wrote:

Yes. If they could do them on back to back days, as we have them scheduled for now, that would be great. So one of them on 1/22 and the other on 1/23.

Thanks,

Lisa



**Lisa S. Wahlin**

*Of Counsel*

<u>602-440-4892</u>

> **From:** rhodeslegalwriting@gmail.com [mailto:<u>rhodeslegalwriting@gmail.com</u>]
> **Sent:** Tuesday, December 10, 2013 9:33 AM
> **To:** Wahlin, Lisa S.
> **Subject:** Re: Jones v. Town of Quartzsite, et al.; deposition of Jennifer Jones

Yes, I will be filing to withdraw from her case as well.  Can we reschedule her for the same day in January as Michael, or that same week?  If so, let me know what day you prefer for her.

Thanks,

Stewart


On Tue, Dec 10, 2013 at 9:29 AM, Wahlin, Lisa S. <<u>LWahlin@rcalaw.com</u>> wrote:

Stewart,


Are you withdrawing from Ms. Jones' case as well? Is her deposition going forward on Thursday? Please advise.


Thanks,

Lisa




**Lisa S. Wahlin**
**Of Counsel**
**Ryley Carlock & Applewhite**
One N. Central Avenue, Suite 1200, Phoenix, AZ 85004
Phone <u>(602) 440-4892</u> | Fax <u>(602) 257-6992</u> | <u>lwahlin@rcalaw.com</u>

| **View Bio** | **Download v-card** | **rcalaw.com** |


CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.


--
Stewart Rhodes

President and Founder of
<u>Oath Keepers</u>
<u>(702) 353-0627</u>

--
Stewart Rhodes
President and Founder of
<u>Oath Keepers</u>
(702) 353-0627

**EXHIBIT 2**

| | |
|---|---|
| **From:** | Wahlin, Lisa S. |
| **Sent:** | Monday, January 20, 2014 8:18 AM |
| **To:** | rhodeslegalwriting@gmail.com |
| **Cc:** | Dahl, Darlene |
| **Subject:** | Jones v. Florian, et al. |

Stewart,

I am just confirming that Plaintiff's deposition is still a go for this Wednesday, 1/22/14 at 9:00 a.m.

Thanks,
Lisa

**RYLEY CARLOCK**
**& A P P L E W H I T E** *Attorneys*

**Lisa S. Wahlin**
**Of Counsel**
**Ryley Carlock & Applewhite**
One N. Central Avenue, Suite 1200, Phoenix, AZ 85004
Phone (602) 440-4892 | Fax (602) 257-6992 | lwahlin@rcalaw.com

| View Bio | Download v-card | rcalaw.com |
|---|---|---|

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

| | |
|---|---|
| **From:** | rhodeslegalwriting@gmail.com |
| **Sent:** | Tuesday, January 21, 2014 2:18 PM |
| **To:** | Wahlin, Lisa S. |
| **Cc:** | Dahl, Darlene |
| **Subject:** | Re: Jones v. Florian, et al. |

Lisa,

As we discussed on the phone, Jennifer Jones needs to cancel her deposition tomorrow and reschedule it because her car is broken down. She can be available anytime after February 1 - she expects to have her car repaired by then so she can drive to Phoenix and be deposed.

Please let me know what date you would like to reschedule the deposition for.

Thank you,

Elmer Rhodes


On Mon, Jan 20, 2014 at 8:18 AM, Wahlin, Lisa S. <LWahlin@rcalaw.com> wrote:

Stewart,


I am just confirming that Plaintiff's deposition is still a go for this Wednesday, 1/22/14 at 9:00 a.m.


Thanks,

Lisa




**Lisa S. Wahlin**
**Of Counsel**
**Ryley Carlock & Applewhite**
One N. Central Avenue, Suite 1200, Phoenix, AZ 85004
Phone (602) 440-4892 | Fax (602) 257-6992 | lwahlin@rcalaw.com
| **View Bio** | **Download v-card** | **rcalaw.com** |

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

--
Stewart Rhodes
President and Founder of
<u>Oath Keepers</u>
(702) 353-0627

| | |
|---|---|
| **From:** | Wahlin, Lisa S. |
| **Sent:** | Tuesday, January 21, 2014 5:31 PM |
| **To:** | rhodeslegalwriting@gmail.com |
| **Cc:** | Dahl, Darlene |
| **Subject:** | RE: Jones v. Florian, et al. |

How about March 3 at 9:00 a.m.?

**RYLEY CARLOCK**
& A P P L E W H I T E   *Attorneys*

**Lisa S. Wahlin**

*Of Counsel*

602-440-4892

> **From:** rhodeslegalwriting@gmail.com [mailto:rhodeslegalwriting@gmail.com]
> **Sent:** Tuesday, January 21, 2014 2:18 PM
> **To:** Wahlin, Lisa S.
> **Cc:** Dahl, Darlene
> **Subject:** Re: Jones v. Florian, et al.
>
> Lisa,
>
> As we discussed on the phone, Jennifer Jones needs to cancel her deposition tomorrow and reschedule it because her car is broken down. She can be available anytime after February 1 - she expects to have her car repaired by then so she can drive to Phoenix and be deposed.
>
> Please let me know what date you would like to reschedule the deposition for.
>
> Thank you,
>
> Elmer Rhodes
>
>
> On Mon, Jan 20, 2014 at 8:18 AM, Wahlin, Lisa S. <LWahlin@rcalaw.com> wrote:
>
> Stewart,
>
>
> I am just confirming that Plaintiff's deposition is still a go for this Wednesday, 1/22/14 at 9:00 a.m.
>
>
> Thanks,
>
> Lisa



**Lisa S. Wahlin**
**Of Counsel**
**Ryley Carlock & Applewhite**
One N. Central Avenue, Suite 1200, Phoenix, AZ 85004
Phone (602) 440-4892 | Fax (602) 257-6992 | lwahlin@rcalaw.com

View Bio | Download v-card | rcalaw.com

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

--
Stewart Rhodes
President and Founder of
Oath Keepers
(702) 353-0627

EXHIBIT 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jennifer Marie Jones, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | 12-cv-2629-PHX-LOA |
| Town of Quartzsite; Jeffrey | ) | |
| Gilbert and Sondra Gilbert, | ) | |
| Husband and Wife; Officer Rick | ) | |
| Paterson, #43; Officer Xavier | ) | |
| Frausto, #15, and Terry | ) | |
| Frausto, Husband and Wife; | ) | |
| Denise Ann Florian; Individual | ) | |
| Does I-X, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORTER'S AFFIDAVIT OF NONAPPEARANCE

Phoenix, Arizona
March 3, 2014
9:00 a.m.

REPORTED BY:
Kellie L. Konicke, RPR
AZ Certified Reporter No. 50223

PREPARED FOR:
Superior Court
(Original)



2398 East Camelback Road
Suite 260
Phoenix, Arizona 85016

T 602.264.2230
   888.529.9990
F 602.264.2245

www.arizonacourtreporters.com

1                    <u>REPORTER'S AFFIDAVIT OF NONAPPEARANCE</u>

2

3              I, KELLIE L. KONICKE, RPR, do hereby

4    declare as follows:

5              That pursuant to the request of Lisa S.

6    Wahlin, Esq., of Ryley Carlock & Applewhite,

7    One North Central Avenue, Suite 1200, Phoenix, Arizona,

8    on March 3, 2014, at 10:00 a.m., for the purpose of

9    placing under oath and reporting the deposition of

10   Jennifer Marie Jones; that there was present Lisa S.

11   Wahlin, Esq., of Ryley Carlock & Applewhite, attorney

12   for Defendants; and Kellie L. Konicke, RPR, Griffin &

13   Associates;

14             That the above-mentioned attorney and the

15   reporter remained at the address indicated until

16   approximately 9:30 a.m., by which time the

17   aforementioned had not appeared for the purpose of

18   having a deposition taken.

19             I declare under penalty of perjury that

20   the foregoing is true and accurate dated this 7th day of

21   March, 2014.

22

23   _____
     Kellie L. Konicke, RPR
24   AZ Certified Reporter
     Certificate No. 50223

25